WILLIAM HUSTON et al., as Administrators of the Estate of DOROTHY A. HUSTON, Deceased, Respondents, *v.* COUNTY OF CHENANGO, Appellant.

Submitted May 24, 1938; decided July 7, 1938.

*H. C. Stratton* and *V. D. Stratton* for appellant.
*Livingston S. Latham* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, FINCH and RIPPEY, JJ. Dissenting: LEHMAN and LOUGHRAN, JJ. Taking no part: CRANE, Ch. J.